# BARTON

**MEMO ENDORSED**

ATTORNEYS AT LAW

711 Third Avenue
14th Floor
New York, NY 10017

(212) 687.6262  Office
(212) 687.3667  Fax

bartonesq.com

March 18, 2020

**VIA ECF**

Hon. Denise Cote
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re:   *Go New York Tours, Inc. v. Vector Media, LLC, Spire Capital Management, LLC*, 19-cv-10144 (DLC) (BCM)

Dear Judge Cote:

We represent plaintiff Go New York Tours, Inc. in the above-referenced action ("Plaintiff" or "Go New York"). We write to respectfully request an adjournment of the briefing schedule set by the Court for Defendant Vector Media, LLC's ("Vector Media") renewed motion to dismiss in the Court Order filed on February 11, 2020, ECF Doc. No. 35. This is Plaintiff's first request for an adjournment. Pursuant to the present schedule set by the Court, Plaintiff's Opposition is due by Friday, March 20, 2020, and Defendant's Reply is due by April 3, 2020. The reason for this request is that due to the present National Emergency, most of our staff is already working remotely, and Mayor DeBlasio stated yesterday that we should be prepared for a total shut down within 48 hours. Further, our firm's remote system has recently been upgraded and is not yet considered sufficiently reliable to allow us to perform our work. Thus, we will not have the staff and resources necessary to file our brief this Friday, and this is expected to continue for several weeks.

The parties have conferred and Defendant's counsel consent to this request. Accordingly, the parties' respectfully request an extension of the briefing schedule so that Plaintiff's Opposition will be due by Thursday, April 16, 2020 and Defendant's Reply will be due by May 8, 2020. This extension will not affect any other scheduled dates in this matter.

We sincerely thank the Court for its consideration of this matter.

```
Granted. 3.19.2020

                            /s/ Denise Cote
                        _____
                           DENISE COTE
                        United States District Judge
```

New York | Nashville

Hon. Denise Cote
March 18, 2020
Page 2 of 2

Respectfully submitted,

Laura-Michelle Horgan

cc:    Brian A. Katz, Esq., BKatz@olshanlaw.com
       Joseph Weiner, Esq., JWeiner@olshanlaw.com