**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GO NEW YORK TOURS INC. d/b/a
"Topview,"

                      Plaintiff,

        -against-                                      19 **CIVIL** 10144 (DLC)

                                                              **JUDGMENT**

VECTOR MEDIA, LLC,

                    Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 16, 2020, Vector Media's February 28, 2020 motion to dismiss is granted; accordingly, this case is closed.

**Dated:**  New York, New York
           June 17, 2020

                                                           **RUBY J. KRAJICK**
                                                            _____
                                                               **Clerk of Court**
                                               **BY:**
                                                              **Deputy Clerk**